AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Zannie J. Lotharp, aka Zannie Jay Lotharp | ) |
| *Petitioner* | ) |
| v. | ) |
| Warden M. Joseph | ) |
| *Respondent* | ) |

Civil Action No.      4:24-cv-858-RMG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: This petition is dismissed without prejudice.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge who adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:   March 15, 2024

ROBIN L. BLUME
*CLERK OF COURT*


s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*